|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DAVID BEACH, | ) | Case No. 14CV2284-JAH (JMA) |
|---|---|---|
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR FILING OF JOINT MOTION FOR DISMISSAL** |
| v. | ) | |
| CITIBANK, N.A., | ) | |
| Defendant. | ) | |

An Early Neutral Evaluation Conference was held on March 24, 2015 at 10 a.m. The case settled. A joint motion for dismissal shall be filed with the Court, and a separate proposed order for dismissal e-mailed to the district judge's e-mail address, on or before **May 8, 2015**.[1] If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to

/ /
/ /
/ /
/ /

---

[1] <u>See</u> Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED**.

DATED:  March 25, 2015

_____
Jan M. Adler
U.S. Magistrate Judge