# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BEACH,** an individual, <br><br> Plaintiff, <br><br> vs. <br><br> **CITIBANK, N.A.** and **DOES 1 through 10**, inclusive, <br><br> Defendant. | Case #: 14-CV-2284 JAH (JMA) <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to the Joint Motion to Dismiss, this case is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with both sides to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: May 8, 2015

_____
JOHN A. HOUSTON
United States District Judge

-1-
**ORDER FOR DISMISSAL**